UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
24-10084-AK

UNITED STATES OF AMERICA

v.

STAVROS PAPANTONIADIS

**ORDER PURSUANT TO UNITED STATES v. KING,
818 F.2d 112, 115, footnote 3 (1st Cir. 1987)**

April 18, 2024

DEIN, U.S.M.J.

The defendant is charged in an Indictment with two counts of wire fraud in violation of 18 U.S.C. § 1343.  An initial appearance was held before this court on April 18, 2024, at which time the defendant was represented by counsel.  The defendant is presently in federal custody pending trial on unrelated charges.  Accordingly, all parties agreed to continue the detention hearing in the instant case until such time as the defendant is released from federal custody in accord with the protocol set forth in United States v. King, 818 F.2d 112, 115, footnote 3 (1st Cir. 1987).

I rule that the defendant has waived his right to have a detention hearing at his first appearance in this case.  Id.  It is ORDERED that the detention hearing be, and the same hereby is, CONTINUED until further order of this Court.  It is FURTHER ORDERED that the defendant be, and hereby is, DETAINED pending the detention hearing.  See 18 U.S.C. § 3142(f) ("During a continuance, the defendant shall be detained . . . .").

Review of the within Detention Order may be had by the defendant filing a motion for revocation or amendment of the within Order pursuant to 18 U.S.C. § 3145(b) regardless whether there has been a change of circumstances.

                                        / s / Judith Gail Dein
                                    JUDITH GAIL DEIN
                                    UNITED STATES MAGISTRATE JUDGE