UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL No. 24-cr-10084 |
| ) | |
| **STAVROS PAPANTONIADIS**  ) | |
| Defendant ) | |

## MOTION TO WITHDRAW

Undersigned counsel hereby moves to withdraw as counsel for the defendant in the above-entitled matter.

                                                      Respectfully submitted,
                                                     Stavros Papantoniadis
                                                     By his attorney,

                                                   */s/ Carmine P. Lepore*
                                                   Carmine P. Lepore, Esq.
                                                   Lepore & Hochman, P.A.
                                                   One Sprague Street
                                                   Revere, MA  02151
                                                   (781) 286-8800
                                                   BBO # 564603

July 11, 2024

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                   */s/Carmine P. Lepore*
                                                   Carmine P. Lepore