# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : |
| v. | : Docket No.: 24-cr-10084-AK |
| | : |
| | : |
| STAVROS PAPANTONIADIS | : |

## NOTICE OF APPEARANCE

Assistant Federal Public Defender Joshua R. Hanye hereby enters his appearance on behalf of the defendant, Stavros Papantoniadis, in the above-captioned matter.

                        Respectfully submitted,

                        */s/ Joshua R. Hanye*
                        Joshua R. Hanye,
                          B.B.O.: 661686
                        Assistant Federal Public Defender
                        Federal Public Defender Office
                        51 Sleeper Street, 5th Floor
                        Boston, MA  02210
                        Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 29, 2024.

                        */s/ Joshua R. Hanye*
                        Joshua R. Hanye