UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STAVROS PAPANTONIADIS<br><br>Defendant | CRIMINAL No. 24-10084-AK |

JOINT STATUS REPORT PURSUANT TO LOCAL RULE 116.5(b)

The United States of America, by Joshua S. Levy, Acting United States Attorney, and Brian A. Fogerty and Timothy E. Moran, Assistant United States Attorneys for the District of Massachusetts, and defendant Stavros Papantoniadis, by Joshua R. Hanye, Assistant Federal Defenders, file this memorandum pursuant to Local Rule 116.5(b).  The parties request that the Court vacate the October 30, 2024, status conference and set the case for an interim status conference in 4 weeks.

    1.    <u>Automatic Discovery / Pending Discovery Requests</u>

On June 7, 2024, the defendant was convicted at trial in a separate criminal case involving Forced Labor and Attempted Forced Labor offenses, *United States v. Papantoniadis*, 23-10089-FDS (hereinafter, "*Papantoniadis I*").  The defendant was sentenced on October 25, 2024.

In *Papantoniadis I,* the government produced voluminous discovery, some of which relates to this case.  Specifically, the government previously produced automatic discovery, including Bates Nos. 1–242060.  The discovery in *Papantoniadis I* included items produced or made available for inspection, including data from a cell phone seized during Papantoniadis' arrest; applications, affidavits, and search warrants for an iCloud account and other locations; material

related to border searches conducted by U.S. Customs and Border Protection; law enforcement reports; jail calls; business records; U.S. Small Business Administration (hereinafter, "SBA") records; accounting firm records; and other items.

On May 17, 2024, the defendant was represented by the same retained counsel in this case and *Papantoniadis I*. Accordingly, the government provided its automatic discovery letter in this case, identifying specific previously produced items that are relevant and discoverable in this case. However, in July 2024, the Court permitted Papantoniadis' retained counsel to withdraw. The Court appointed the Federal Defender Office on August 21, 2024, and undersigned counsel entered an appearance on August 29, 2024. In light of the change in counsel, and after conferring with counsel, the government intends to reproduce to the new counsel the materials related to the defendant's SBA loan that is at issue in this case.

2. <u>Timing of Additional Discovery Productions</u>

As set forth above, the government anticipates reproducing to defendant's new counsel certain materials related to the defendant's SBA loan.

3. <u>Timing of Additional Discovery Requests</u>

The government expects to make the reproduction within 2 days.

4. <u>Protective Orders</u>

The defendant assented without prejudice to a proposed protective order governing the previously produced discovery items, which the Court entered on July 14, 2023. *See* Case No. 23-10089-FDS, ECF No. 42.

5. <u>Pretrial Motions under Fed. R. Crim. P. 12(b)</u>

The government and defense counsel will confer regarding potential pretrial motions.

6. <u>Timing of Expert Witness Disclosures</u>

The Court will set the timing of expert witness disclosures.

7. <u>Defenses of Insanity, Public Authority, or Alibi</u>

None at this time.

8. <u>Speedy Trial Act</u>

The parties agree to exclude the time between the currently set Interim Status Conference and the next status conference.  The parties agree that this period of time requested above constitutes reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and that the ends of justice served by granting this motion outweigh the best interest of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).  See also Sections 5(b)(7)(A), 5(b)(7)(B) and 5(b)(7)(C)(iv) of the Plan for Prompt Disposition of Criminal Cases for the United States District Court for the District of Massachusetts (effective December 2008).

9. <u>Status of Plea Discussions and Estimated Length of Trial</u>

Defense counsel was just recently appointed.  Counsel for the government and defendant will continue to confer regarding these topics.

                            Respectfully submitted,

                            JOSHUA S. LEVY
                            Acting United States Attorney

               By:    <u>/s/ Brian A. Fogerty</u>
                            BRIAN A. FOGERTY
                            TIMOTHY E. MORAN
                            Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                              /s/ Brian A. Fogerty
                                              BRIAN A. FOGERTY
                                              Assistant United States Attorney

Date: October 29, 2024