UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL No.
24-10084-AK

UNITED STATES OF AMERICA

v.

STAVROS PAPANTONIADIS

**FINAL STATUS REPORT**

December 2, 2024

DEIN, M.J.

A Final Status Conference was scheduled to be held remotely before this court on December 3, 2024 pursuant to the provisions of Local Rule 116.5(c), but with the court's consent the parties proceeded by way of a Joint Status Report. Based on that Report, this court enters the following report and orders to wit:

1. The parties request an initial status conference before the District Judge and that a trial date be set. The parties are engaged in plea discussions, but it is too early to tell if a trial will be necessary.

2. Discovery is complete except for that discovery not yet due under the Local Rules. There are no outstanding or anticipated discovery disputes.

3. The parties ask that the schedule for filing dispositive motions, if any, and expert witness disclosures, if any, be addressed at the initial status conference before the District Judge.

4. Based upon the prior orders of the court dated April 18, 2024, June 20, 2024, July 22, 2024, September 10, 2024, October 29, 2024 and the order entered contemporaneously herewith, at the time of the initial status conference before the District Judge there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

5. The parties estimate that a trial will take one (1) week.

6. The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

                                                             / s / Judith Gail Dein
                                                             JUDITH GAIL DEIN
                                                             UNITED STATES MAGISTRATE JUDGE