## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA :
:
:
v. : Docket No.: 24-cr-10084-AK
:
:
STAVROS PAPANTONIADIS :

### JOINT PROPOSED PRETRIAL DEADLINES

Now come the parties jointly pursuant to the Court's December 18, 2024 order, Dkt. 39, and propose the following deadlines associated with the trial scheduled for March 10, 2025.

February 20, 2025: Motions in Limine, Proposed Voir Dire

February 26, 2025: Oppositions to Motions[1], Proposed Jury Instructions, Witness Lists

February 28, 2025: Exhibit Lists

Respectfully submitted,

*/s/ Joshua R. Hanye*
Joshua R. Hanye,
B.B.O.: 661686
Assistant Federal Public Defender
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

---

[1] The docket entry for the Initial Pretrial Conference on December 18, 2024 sets the deadline for oppositions to motions in limine at February 24, 2025. Dkt. 39. The parties respectfully request a two-day extension for oppositions to February 26, 2025.

LEAH B. FOLEY
United States Attorney
By,


*Brian A. Fogerty*
Brian A. Fogerty

*Timothy E. Moran*
Timothy E. Moran

Assistant United States Attorneys
United States Attorney's Office
One Courthouse Way
Boston, MA 02210
617-748-3163

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 24, 2025.


*/s/ Joshua R. Hanye*
Joshua R. Hanye