UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : |
| v. | : Docket No.: 24-cr-10084-AK |
| | : |
| | : |
| STAVROS PAPANTONIADIS | : |

**JOINT MOTION FOR RULE 11 HEARING
AND TO CANCEL PRETRIAL DEADLINES AND
INTERIM PRETRIAL CONFERENCE**

Now come the parties jointly and move this Honorable Court to schedule this matter for a Rule Hearing. The parties have reached an agreement as to the primary terms of a plea agreement and expect to enter into a written agreement shortly. The parties have conferred with the clerk and propose that the Rule 11 Hearing be scheduled for February 25, 2025. Should the Court wish to schedule a pretrial conference before the Rule 11 Hearing, the parties are available on February 24, 2025.

In light of the request for a Rule 11 Hearing, the parties also joint request that the Court cancel all pretrial filing deadlines as well as the Interim Pretrial Conference currently scheduled for February 18, 2025. In addition to the above reasons, counsel for both parties will be on leave on February 18, 2025.

Respectfully submitted,
*/s/ Joshua R. Hanye*
Joshua R. Hanye,
B.B.O.: 661686
Assistant Federal Public Defender
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210

Tel: 617-223-8061

LEAH B. FOLEY
United States Attorney
By,

*Brian A. Fogerty*
Brian A. Fogerty

*Timothy E. Moran*
Timothy E. Moran

Assistant United States Attorneys
United States Attorney's Office
One Courthouse Way
Boston, MA 02210
617-748-3163

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 12, 2025.

*/s/ Joshua R. Hanye*
Joshua R. Hanye