# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : |
| v. | : Docket No.: 24-cr-10084-AK |
| | : |
| | : |
| STAVROS PAPANTONIADIS | : |

## ASSENTED-TO MOTION FOR VIDEO PLEA

Now comes Mr. Papantoniadis with the assent of the government and moves this Honorable Court to conduct the Rule 11 Hearing scheduled for February 25, 2025 by videoconference. In support thereof, Mr. Papantoniadis is currently experiencing a medical condition which would make the travel to and from court, as well as the full day waiting in a holding cell at the courthouse, extremely difficult. Mr. Papantoniadis' condition and concerns were presented to the Court during a sealed portion of the February 24, 2025 status conference. During that status conference the Court conducted a colloquy with Mr. Papantoniadis through which he waived any right to be physically present for the Rule 11 Hearing in favor of proceeding by videoconference. As also addressed during the status conference, Mr. Papantoniadis has an interest in avoiding any further delay in this case and would like to proceed with the Rule 11 Hearing as scheduled, albeit by video. He intends to plead guilty pursuant to the plea agreement which has been provided to and discussed with the Court.

Therefore, for the above reasons, the request to conduct the Rule 11 Hearing by videoconference should be allowed.

                                                Respectfully submitted,
                                                */s/ Joshua R. Hanye*
                                                Joshua R. Hanye,
                                                B.B.O.: 661686
                                                Assistant Federal Public Defender
                                                Federal Public Defender Office
                                                51 Sleeper Street, 5th Floor
                                                Boston, MA  02210
                                                Tel: 617-223-8061

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 24, 2025.

                                                */s/ Joshua R. Hanye*
                                                Joshua R. Hanye